Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Proposed Substitute Counsel to
Debtor Second Phoenix Holding LLC
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                    Chapter 11
SECOND PHOENIX HOLDING LLC,               Case No. 18-10009 (MG)

                            Debtor.
------------------------------------------------------------x

## NOTICE OF APPEAL

Second Phoenix Holding LLC, by and through its undersigned proposed substitute counsel and pursuant to 11 U.S.C. §158(a), hereby appeals to the United States District Court for the Southern District of New York from that certain: (a) *Order Denying Disclosure Statement and Plan Confirmation and Directing Appointment of Chapter 11 Trustee*; (b) *Order Approving Sale of 14 2nd Avenue, New York, New York 10003 ("2nd Avenue"), Free and Clear of All Liens, Claims, Encumbrances and Security Interests Pursuant to, Inter Alia, Bankruptcy Code Section 105 and 363*; and (c) *Order Approving Sale of 212, 214 and 216 East 125th Street, New York, New York 10035 ("East 125th Street"), Free and Clear of All Liens, Claims, Encumbrances and Security Interests Pursuant to, Inter Alia, Bankruptcy Code Section 105 and 363*, each dated and entered in the above-captioned case on September 25, 2018 (ECF Nos. 139, 140 and 141, respectively), copies of which are attached hereto as *Exhibits "A", "B" and "C",* respectively (collectively, the "Orders").

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Second Phoenix Holding LLC | **PICK & ZABICKI LLP**<br>369 Lexington Avenue, 12th Floor<br>New York, New York 10017<br>(212) 695-6000<br>Douglas J. Pick<br>Eric C. Zabicki |
| William K. Harrington<br>United States Trustee, Region 2 | **OFFICE OF THE UNITED STATES TRUSTEE**<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>(212) 510-0500<br>Brian S. Masumoto, Esq. |
| United States Dept. of Treasury<br>Internal Revenue Service | **GEOFFREY S. BERMAN<br>UNITED STATES ATTORNEY**<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>(212) 637-2777<br>Emily Bretz, Esq. |
| Deborah J. Piazza, Chapter 11 Trustee | **TARTER KRINSKY & DROGIN LLP**<br>1350 Broadway, 11th Floor<br>New York, New York 10018<br>(212) 216-8000<br>Scott S. Markowitz, Esq. |
| Evan Blum | **SHAFFERMAN & FELDMAN LLP**<br>137 Fifth Avenue, 9th Floor<br>New York, New York 10010<br>(212) 509-1802<br>Joel Shafferman, Esq. |
| 212 East 125th Street LLC | **SILVERMAN ACAMPORA LLP**<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Brian Powers, Esq. |

| Party | Counsel |
|---|---|
| Station Company DB LLC | **SYLVOR, RICHMAN & SORIN, LLP** <br> 99 Madison Avenue, Suite 510 <br> New York, New York 10016 <br> (212) 972-1106 <br> Boris Sorin, Esq. |

In the event that the appeal from the Orders is deemed an interlocutory appeal, Second Phoenix Holding LLC requests that this notice be deemed a motion for leave to file an interlocutory appeal pursuant to Fed. R. Bankr. P. 8004(d).

Dated: New York, New York
       September 25, 2018

>                           **PICK & ZABICKI LLP**
>                           Proposed Substitute Counsel to
>                           Debtor Second Phoenix Holding LLC
>
>                           By: _____
>                              Douglas J. Pick, Esq.
>                              369 Lexington Avenue, 12th Floor
>                              New York, New York 10017
>                              (212) 695-6000